UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARTIN L. TEXADA (#399229)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 15-756-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 4, 2016 (doc. no. 17) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss (doc. no. 9) is granted in part, and the plaintiff's claims for monetary damages asserted against the defendants in their official capacities, the plaintiff's claim for compensatory damages asserted against the defendants in their individual capacities, and any claim the plaintiff may be asserting on behalf of other inmates is DISMISSED. Further, in all other regards, the defendants' Motion (doc. no. 9) is DENIED.

Baton Rouge, Louisiana, this 29th day of November, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA