UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARTIN L. TEXADA (#399229)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 15-756-BAJ-RLB

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 20, 2017[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Plaintiff's Motion for Summary Judgment[2] is DENIED and the Defendants' Motion for Summary Judgment[3] is GRANTED, dismissing the Plaintiff's claims asserted against the Defendants, with prejudice, and this action is hereby DISMISSED.

Signed in Baton Rouge, Louisiana, on January 9, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 35
2 R. Doc. 29
3 R. Doc. 28